



★ ★ ★                                                           ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00289-CV

**PETROGULF CORP.** and Douglas Cameron McLeod,
Appellants

v.

**MAGNUM PRODUCING, L.P.**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-08-65
Honorable Alex W. Gabert, Judge Presiding

PER CURIAM

Sitting:        Alma L. López, Chief Justice
                Karen Angelini, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:  August 13, 2008

DISMISSED

Appellants have filed a motion to dismiss this appeal.  The motion contains a certificate of

service to appellee, and the appellee has not opposed the motion.  Therefore, we grant the motion

and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of the appeal are taxed against

appellants.

PER CURIAM